James A. Bruen (State Bar No. 43880)
jbruen@fbm.com
James H. Colopy (State Bar No. 172806)
jcolopy@fbm.com
Matthew E. Bostick (State Bar No. 268563)
mbostick@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (*admitted pro hac vice*)
klatimer@hollingsworthllp.com
Robert E. Johnston (*admitted pro hac vice*)
rjohnston@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MESSICK,<br><br>             Plaintiff,<br><br>     vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>             Defendant. | Case No.  3:12-cv-00693 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:      July 6, 2012<br>Time:      2:30 p.m.<br>Dept:      Courtroom 10, 19th Floor<br>Judge:    Hon. Susan Illston |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation to Move Date for CMC– Case No. 4:12-cv-00693 SI

26050\3147019.1

To accommodate a scheduling conflict, the parties hereby stipulate to, and request that the Court order, the following:

(1) the Initial Case Management Conference in this action be moved from July 6, 2012 to **August 3, 2012** at 2:30 pm in Courtroom 10;

(2) any deadlines associated with the Initial Case Management Conference, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and this Court's local rules and standing order, are reset based upon the new date for the Initial Case Management Conference.

Respectfully submitted,

Dated: June 6, 2012         FARELLA BRAUN + MARTEL LLP


By: /s/ James H. Colopy
    James H. Colopy

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

Seen and agreed:

Dated: June 6, 2012         GIRARDI KEESE


By: /s/ John A. Girardi
    John A. Girardi

Attorneys for Plaintiff
LINDA MESSICK

**IT IS SO ORDERED.**

Dated: 6/11/12                            _Susan Illston_
                                          Hon. Susan Illston
                                          United States District Judge