IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| MESSICK ET AL, | No. C 12-00693 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DAMAGES DISCOVERY CUTOFF is October 12, 2012.

DESIGNATION OF EXPERTS: n/a; REBUTTAL: n/a.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is n/a.

DISPOSITIVE MOTIONS **SHALL** be set for hearing no later than November 9, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 26, 2013 at 3:30 PM.

JURY TRIAL DATE: April 8, 2013 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
 N/A

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/6/12

_____
SUSAN ILLSTON
United States District Judge