Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LINDA MESSICK,

              Plaintiff(s),

     v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

              Defendant(s).

Case No: 3:12-cv-00693 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Philip Marshal Busman__, an active member in good standing of the bar of __Virginia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Novartis Pharmaceuticals Corporation__ in the above-entitled action. My local co-counsel in this case is __James H. Colopy__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hollingsworth LLP<br>1350 I Street NW, Washington DC  20005 | Farella Braun + Martel LLP<br>235 Montgomery St., San Francisco CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(202) 898-5895 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>pbusman@hollingsworthllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jcolopy@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __45239__.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: Sept. 24, 2012

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Philip Marshal Busman__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/1/12

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

August 2012