**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA MESSICK,

    Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS CORP.,

    Defendant.

                                      /

No. CV 12-00693 SI

**JUDGMENT**

Defendant's motion for summary judgment has been granted. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 15, 2013

SUSAN ILLSTON
United States District Judge