UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JONI HIXSON, | CASE NO.: 3:14-CV-00285-SI |
| Plaintiff, | [The Honorable Susan Illston] |
| v. | **ORDER GRANTING JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND OTHER CASE HEARINGS AND DEADLINES** |
| WELLS FARGO BANK, N.A., a business entity; and Does 1 through 100 inclusive, | |
| Defendants. | |

In light of the joint notice of conditional settlement signed by the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference presently on calendar for March 26, 2015 is hereby VACATED;

2. The case deadlines and trial date set forth in the pre-trial order (Doc. 42) are also VACATED; and

1   3.   In the event that a dismissal is not filed due to issues relating to the conditional
2        settlement, the parties shall attend an Order to Show Cause hearing on August
3        _7_, 2015 at _3:00_ p.m. in courtroom 10 of the above-entitled Court.

Dated: __March 24__, 2015

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE